IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 07-737-04 |
| v. | : | |
| | : | |
| DAANIYAL MUHAMMAD, | : | |

## O R D E R

**AND NOW**, this **18th** day of **June, 2010**, this Court having determined, pursuant to 18 U.S.C. § 4241(d), that Defendant Muhammad is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is hereby **ORDERED** that, pursuant to all four Sell factors having been met[1], Defendant will be involuntarily medicated to restore competency to stand trial.

**IT IS FURTHER ORDERED** that the Government shall inform the Court, in writing, of Defendant's prognosis and status by **Thursday, July 15, 2010,** following administration of the medications, to determine whether Defendant's competency has been restored and whether he is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] Sell v. United States, 539 U.S. 166 (2003).